IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    Case No. 1:26-cr-10004-001

FRANCO DEMARCUS MITCHELL                                          DEFENDANT

**ORDER**

Currently before the Court is the Report and Recommendation (ECF. No. 38) filed in this case on June 11, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter.  (ECF No. 37.)

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper.   Thus, the Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, Defendant's plea of guilty as to Count One of the Indictment is accepted.  The written plea agreement will be subject to final approval by the undersigned at sentencing.  The Court directs the United States Probation Office to prepare a Presentence Investigation Report in this matter.

**IT IS SO ORDERED**, this 12th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge